UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| MICHAEL GLAVE by and through DANA GLAVE and ALVIN HEGGE,<br><br>Petitioners,<br><br>v.<br><br>PATRICK GLEBE and ROB McKENNA.<br><br>Respondents. | CASE NO. 3:11-cv-5529RJB JRC<br><br>ORDER TO RETURN AN IMPROPER FILING |

This is a Habeas Corpus petition filed pursuant to 28 U.S.C. § 2254. This case has been referred to the undersigned Magistrate Judge pursuant to 28 U.S.C. §§ 636 (b) (1) (A) and (B) and Local Magistrate Judge Rules MJR 3 and MJR 4. Petitioner is attempting to file an untimely memorandum in support of the petition. The document does not comport with the rules of this court, is several hundred pages long, and will not be accepted. The petition was filed July 12, 2011. The court ordered the petition served on respondent and on July 22, 2011 service was accepted.

ORDER TO RETURN AN IMPROPER FILING - 1

The respondent will answer the petition, or make a motion as allowed by the rules of federal procedure. After an answer has been filed, petitioner will have the option of filing a traverse.

Dated this 23rd day of August, 2011.

*J. Richard Creatura*
J. Richard Creatura
United States Magistrate Judge