UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

MICHAEL GLAVE,

          Petitioner,

    v.

PATRICK GLEBE.

          Respondent.

CASE NO. 11-cv-5529RJB JRC

ORDER REGARDING EX PARTE CONTACT

This petition for a writ of habeas corpus has been referred to United States Magistrate Judge J. Richard Creatura. A non-party to the action has sent a letter addressed to this judge regarding this petition. That letter has been filed in the electronic file (ECF No. 16). This document was not served on opposing counsel and is an improper ex-parte contact. The document will not be considered by the court.

Dated this 27th day of September, 2011.

J. Richard Creatura
United States Magistrate Judge