UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

MICHAEL GLAVE,

    Petitioner,

v.

PATRICK GLEBE, et al.,

    Respondent.

CASE NO. C11-5529-RJB-JRC

ORDER GRANTING PETITIONER'S MOTION FOR ENLARGEMENT OF TIME REGARDING THE MOTION TO DISMISS THE HABEAS PETITION AS TIME BARRED

This petition for a writ of habeas corpus, filed pursuant to 28 U.S.C. § 2254, has been referred to United States Magistrate Judge J. Richard Creatura pursuant to 28 U.S.C. § 636(b) (1) (A) and (B), and local Magistrate Judge Rules MJR3 and MJR4. Petitioner has filed a motion for an extension of time to answer the motion to dismiss the petition as time barred (ECF No. 18). Respondent has replied (ECF No. 21). Respondent does not object to a reasonable extension of time regarding the motion to dismiss.

ORDER- 1

The motion is GRANTED. Petitioner will have until October 28, 20011, to file traverse. This is an extension of over thirty days from the September 16, 2011, noting date.

Dated this 12th day of October, 2011.

J. Richard Creatura
United States Magistrate Judge

ORDER- 2